IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MORGAN COYNE,<br><br>    Plaintiff,<br><br>vs.<br><br>PARK SIDE FINANCIAL CREDIT UNION, TROY BRACKEY, and CAROL BENIGER,<br><br>    Defendants. | CV 25-96-M-DWM<br><br>ORDER |

  On June 24, 2025, Plaintiff Morgan Coyne, proceeding pro se, filed suit against Defendants Park Side Financial Credit Union, Troy Brackey, and Carol Beniger alleging "recission for failure of consideration and fraudulent inducement" (Count I), unjust enrichment (Count II), and constructive fraud and breach of equitable duty (Count III), and requesting "restitution under quantum meruit" (Count IV), and injunctive relief (Count V). (Doc. 2.) That same day, Coyne filed a motion for a temporary restraining order, (Doc. 3), a motion for preliminary injunction, (Doc. 4), and a "Notice of Emergency and Certification of Irreparable Harm[,]" (Doc. 5). Having failed to properly proceed *in forma pauperis* or pay the civil filing fee, the Court ordered Coyne to either file a Non-Prisoner Application to

1

Proceed In District Court without Prepaying Fees or Costs, or pay the filing fee by July 10, 2025. (Doc. 8.) On July 9, 2025, Coyne paid the civil filing fee.

Under Rule 65 of the Federal Rules of Civil Procedure, a "court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if . . . the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1)(B). Despite filing a Notice of Emergency and Certification of Irreparable Harm, (Doc. 5), which is "liberally construed[,]" *see Erikson v. Pardus*, 551 U.S. 89, 94 (2007), Coyne has not complied with Federal Rule of Civil Procedure 65(b)(1)(B). (*See* Docs. 3, 5.)

Accordingly, IT IS ORDERED that Coyne's request for a temporary restraining order, (Doc. 3), is DENIED.

DATED this 10th day of July, 2025.

_____
Donald W. Molloy, District Judge
United States District Court